# Third District Court of Appeal
## State of Florida

Opinion filed June 5, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1953
Lower Tribunal No. 20-4278
_____


**Charles Alexander Lopez,**
Appellant,

vs.

**Joanna Angela Lopez,**
**n/k/a Joanna Angela Disini,**
Appellee.


An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Abby Cynamon, Judge.

Scott Jay Feder, P.A., and Scott Jay Feder, for appellant.

Florida Appeals, P.A., and Allison M. Perry (Tampa), for appellee.


Before LOGUE, C.J., and LINDSEY, and BOKOR, JJ.

PER CURIAM.

On the record before us, we are constrained to reverse the trial court's order denying the Motion to Vacate and/or Set Aside Final Judgment. <u>See United Funding, LLC v. Brandao</u>, 77 So. 3d 710, 712 (Fla. 3d DCA 2011) ("Because the evidence before this Court supports United's argument that it did not receive copies of any of the three orders at issue, and no contrary evidence was produced, we find that the trial court abused its discretion in refusing to vacate and re-enter the three final judgments for fees and costs.").

Reversed and remanded.